IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:04-618 |
| | ) | |
| | ) | |
| vs. | ) | **INFORMATION ENHANCEMENT** |
| | ) | |
| **ARMOND WRIGHT** | ) | |
| | ) | |

The United States, by and through it's undersigned Assistant United States Attorney, files this Information Enhancement thereby notifying the defendant that he is subject to increased penalties as provided by Title 21, United States Code, Section 851, based upon the following conviction(s):

    **2000**  PWID Marijuana
             Georgetown County, South Carolina

    **2000**  PWID Marijuana
             Georgetown County, South Carolina

                               Respectfully submitted,

                               REGINALD I. LLOYD
                               UNITED STATES ATTORNEY

                             BY:   *S/ Brent Alan Gray*
                                       Brent Alan Gray
                                       Assistant United States Attorney

Charleston, South Carolina

October 3, 2006